UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61758-CIV-ROSENBAUM/SELTZER

JOHN FRAUENHEIM, JR.,

    Plaintiff,
vs.

BUCKEYE CHECK CASHING OF
FLORIDA, INC., and THE WESTERN
UNION COMPANY,

    Defendants.
_____/

**ORDER DENYING REQUEST TO EXTEND SCHEDULING REPORT DEADLINE**

This cause is before the Court upon a request by Plaintiff and one Defendant to extend the deadline for filing a joint discovery plan and scheduling report. On September 7, 2012, this Court issued an Order requiring the parties to file a joint discovery plan and scheduling report at most thirty-five days after the date of that Order (because this case was removed from state court). D.E. 4, ¶¶ 2-3. On October 4, 2012, Plaintiff and Defendant The Western Union Company ("Western Union") filed a "Joint Discovery and Scheduling Report" that, in reality, was a request to postpone filing such a report until ten days after Defendant Buckeye Check Cashing of Florida, Inc. ("Buckeye"), files a responsive pleading. D.E. 13. Plaintiff and Western Union articulate no reason other than the absence of a responsive pleading from Buckeye as grounds for the delay, and in fact, agree that if the Court wishes Plaintiff and Western Union to file a report, they will. D.E. 13. The record does not reflect that Buckeye has been served at this time, so it is unclear when, if at all, a responsive pleading from Buckeye would be forthcoming. *See* D.E. 10.

The purpose of the scheduling report is to permit the Court to promote the efficiency of

litigation by imposing a structure and time limits on the case. As noted in the Court's initial order, in non-removal cases, the scheduling report must be filed within thirty-five days of a response by a defendant, not all defendants. D.E. 4, ¶ 2. The parties have provided no reason why the absence of a response from one Defendant in this case requires a different approach. Accordingly, it is **ORDERED and ADJUDGED** that the parties shall file a joint discovery plan and scheduling report as required by the terms of the prior order, and in any event, no later than October 12, 2012.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of October 2012.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Barry S. Seltzer

Counsel of Record